**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6884**

DAVID S. JOHNSON,

Plaintiff - Appellant,

versus

STATE OF MARYLAND; ROBERT L. EHRLICH, JR.,
Governor; ROBERT M. BELL, Chief Judge; DAVIS,
Appellate Judge; BYRNES, Appellate Judge;
JOHN J. BISHOP,JR.; Appellate Judge; SONNER,
Appellate Judge; GREENE, Appellate Judge;
ROBERT F. FISCHER, Appellate Judge; C. J.
MURPHY, Appellate Judge; KRAUSER, Appellate
Judge; RAYMOND G. THIEME, JR., Appellate
Judge; LAWRENCE F. RODOWSKY, Appellate Judge;
JAMES S. GETTY, Appellate Judge; WILLIAM W.
WENNER, Appellate Judge; GARY G. LEASURE,
Judge; J. FREDERICK SHARER, Judge; FRED A.
THAYER, Judge; LAWRENCE V. KELLY, State's
Attorney; ROBERT A. COHEN, Assistant State's
Attorney; MICHAEL O. TWIGG, Assistant State's
Attorney; RAYMOND STRUBIN, Assistant Public
Defender; RAMON ROZAS, Assistant Public
Defender; JAMES E. MALONE, Assistant Public
Defender; SHERRIE B. GLASSER, Assistant Public
Defender; SCOTT WHITNEY, Assistant Public
Defender; BRIAN J. MURPHY, Public Defender
Appointed Counsel; FRANK C. SIZER, JR.,
Commissioner of Correction; JON P. GALLEY,
Warden; ALLEGANY COUNTY, MARYLAND; JOHN DOE,
Warden; CITY OF CUMBERLAND, MARYLAND; JOHN
DOE, Chief of Police; JOHN DOE, Cumberland
City Police Officer (1); JOHN DOE, Cumberland
City Police Officer (2); JOHN DOE, Cumberland
City Police Officer (3); JAMES HOTT,
Cumberland City Police Officer; STEVE
SHELLHAUS, Cumberland City Police Officer;

WADE SIBLEY, Cumberland City Police Officer;
CUMBERLAND CITY POLICE DEPARTMENT; UNITED
STATES POSTAL SERVICE; JOHN E. POTTER,
Postmaster General; M. COLAIACOVO, Postal
Inspector,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:06-cv-02781-WMN; 1:07-cv-00403-WMN)

---

Submitted:  September 11, 2007     Decided:  September 17, 2007

---

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David S. Johnson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David S. Johnson appeals the district court's order denying relief on his complaint filed pursuant to 42 U.S.C. § 1983 (2000) and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Maryland, Nos. 1:06-cv-02781-WMN; 1:07-cv-00403-WMN (D. Md., May 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED